1406

## APPEALS ACCEPTED FOR REVIEW

**2006–1604.   Sinnott v. Aqua–Chem, Inc.**
Cuyahoga App. No. 88062.

LUNDBERG STRATTON and O'CONNOR, JJ., would also hold the cause for the decision in 2006–1279, *In re Special Docket No. 73958,* Cuyahoga App. No. 87777 and 87816.

RESNICK, PFEIFER and LANZINGER, JJ., dissent.

**2006–1616.   Greer–Burger v. Temesi.**
Cuyahoga App. No. 87104, 2006-Ohio-3690.

PFEIFER, O'CONNOR and O'DONNELL, JJ., dissent.

**2006–1765.   State v. Allen.**
Cuyahoga App. No. 86880, 2006-Ohio-3838. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2005–2186, *State v. Wilson,* Cuyahoga App. No. 85015, 2005-Ohio-4994; and briefing schedule stayed.

PFEIFER, J., dissents.

**2006–1815.   Fisher v. Hasenjager.**
Mercer App. No. 10–05–14, 2006-Ohio-4190. Discretionary appeal accepted and cause consolidated with 2006–1853, *Fisher v. Hasenjager,* Mercer App. No. 10–05–14, 2006-Ohio-4190.